IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANDAN MANANSINGH and ANGELA NAIRNS,<br><br>             Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>             Defendants. | Case No. 2:20-cv-01139-DWM<br><br>ORDER |

      Defendant United States of America having moved unopposed for a 30-day extension of the time to respond to Plaintiffs' Complaint,

      IT IS ORDERED that the motion (Doc. 13) is GRANTED. The United States shall file a response to Plaintiffs' Complaint on or before October 21, 2020. **No further extensions of time will be granted.**

      DATED this 21st day of September, 2020.

                                  Donald W. Molloy, District Judge
                                  United States District Court