IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANDAN MANANSINGH and ANGELA NAIRNS,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendants. | Case No. 2:20-cv-01139-DWM<br><br>ORDER |

IT IS ORDERED that the Preliminary Pretrial Conference via Zoom now set for February 23, 2021, is VACATED and RESET, via Zoom, for April 21, 2021, at 9:00 a.m. (PDT).

On or before April 15, 2021, the parties may file an updated written report outlining the joint discovery plan.

On or before April 15, 2021, counsel for the respective parties shall each file a preliminary pretrial statement. *See* Fed. R. Civ. P. 26(a)(1). The statement shall address all matters listed in L.R. 16.2(b)(1).

IT IS FURTHER ORDERED that on or before April 15, 2021, Plaintiff must separately file a Statement of Stipulated Facts to which all parties agree. *See* L.R. 16.2(b)(3).

The Court's Order dated January 14, 2021, shall remain in full force and effect in all other respects.

DATED this 17th day of February, 2021.

Donald W. Molloy, District Judge
United States District Court