IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| CHANDAN MANANSINGH and ANGELA NAIRNS, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 2:20-cv-01139-DWM <br><br> ORDER |

Despite the Court's admonishment that it is "unlikely that a request for an extension of any future deadline will be entertained," [*see* ECF No. 40], Plaintiffs once again seek to extend a briefing deadline, [ECF No. 53]. While the request will be granted given the nature of counsel's cause, delay has unnecessarily pervaded this case. [*See* ECF Nos. 14, 36, 40, 45, 48.] Though the warning feels Sisyphean at this point: no further extensions of time will be granted. Future requests for extensions of time may be construed as a failure to prosecute, Fed. R. Civ. P. 41(b), or "unnecessary delay," Fed. R. Civ. P. 11(b). Each request must also be accompanied by a signed certification from Chandan Manansingh and Angela Nairns, stating that they do not object to the extension being sought.

1

IT IS ORDERED that Plaintiffs' request for an extension [ECF No. 53] is GRANTED. Plaintiffs' response to the pending motions to dismiss [ECF Nos. 50, 51] shall be filed on or before April 2, 2021. The government's reply(s) shall be due in accordance with LR 7-2.

IT IS FURTHER ORDERED that the preliminary pretrial conference set for April 21, 2021 is VACATED and RESET for May 25, 2021 at 9:00 AM (PDT). A discovery plan/scheduling order, preliminary pretrial statements, and a statement of stipulated facts are now due May 20, 2021.

DATED this 1st day of March, 2021.

Donald W. Molloy, District Judge
United States District Court