IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANDAN MANANSINGH, an individual, and ANGELA NAIRNS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:20-cv-01139-DWM<br><br>NOTICE |

The Court has reviewed the parties' filings related to the Court's May 24, 2021 Opinion & Order, [ECF No. 73], the May 25, 2021 preliminary pretrial conference, [ECF Nos. 74, 75], and the question of partial judgment. [*See* ECF Nos. 79, 81.] While the Court is inclined to grant the requested relief, it will do so only after considering Plaintiffs' amended intentional infliction of emotional distress claim as to reduce further piecemeal litigation of this case.

DATED this 1st day of June, 2021.

Donald W. Molloy, District Judge
United States District Court