IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANDAN MANANSINGH, an individual, and ANGELA NAIRNS, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>UNITED STATES OF AMERICA, et al., <br><br>Defendants. | No. 2:20-cv-01139-DWM <br><br><br>ORDER |

Plaintiffs filed a Second Amended Complaint on June 7, 2021. [ECF No. 83.] Even though this Court's May 24, 2021 Opinion & Order allowed only a single Fifth Amendment claim to survive and gave leave to amend only their intentional infliction of emotional distress claim, [*see* ECF No. 73], Plaintiffs' amended pleading contains all sixteen previously-pled causes of action.[1]

Accordingly, IT IS ORDERED that Claims 1–3, 5–9, and 11–16 are DISMISSED for the reasons stated in the Court's May 24 Order.

IT IS FURTHER ORDERED that the United States must file its motion to dismiss the amended Intentional Infliction of Emotional Distress Claim (Claim 10),

---

[1] The pleading is also presented in myriad font sizes and styles.

1

if any, on or before June 21, 2021. Plaintiffs' reply, if any, must be filed on or before June 28, 2021.

DATED this 7th day of June, 2021.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court