IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| CHANDAN MANANSINGH, an individual, and ANGELA NAIRNS, an individual,<br><br>                Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                Defendants. | No. 2:20-cv-01139-DWM<br><br>ORDER |

       On November 6, 2023, the Ninth Circuit issued a memorandum disposition affirming in part, reversing in part, and remanding this matter. [*See* ECF No. 99.] Specifically, the Ninth Circuit remanded "for limited fact-finding to determine whether Probation Defendants' conduct prior to June 24, 2017, establishes plausible claims for [intentional infliction of emotion distress] and abuse of process. The district court should also consider, in the first instance, whether the malicious prosecution claim proceeds in light of *Thompson v. Clark*, 142 S. Ct.

1332 (2022)." [*Id.* at 8.] A mandate having been subsequently issued, [*see* ECF No. 104],

IT IS ORDERED THAT the parties must submit a joint proposed briefing schedule to address the issues identified above on or before December 15, 2023.

IT IS FURTHER ORDERED that proceedings regarding Count 4 shall remain STAYED pending a Court's decision on those issues. [*See* ECF No. 89.]

DATED this 4th day of December, 2023.

_____
Donald W. Molloy, District Judge
United States District Court