E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JASON K. AXE
Assistant United States Attorney
California Bar Number 187101
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-8790
        Facsimile: (213) 894-7819
        E-mail: Jason.Axe@usdoj.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHANDAN MANANSINGH and ANGELA NAIRNS,<br><br>         Plaintiffs,<br><br>         v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>         Defendants. | Case No. 2:20-cv-01139 DWM<br><br>**JOINT PROPOSED BRIEFING SCHEDULE**<br><br>**Honorable Donald W. Molloy** |

1   On December 4, 2023, this Court issued an order (ECF No. 105) requiring the

2   parties to submit a joint proposed briefing schedule regarding the claims remanded in the

3   Ninth Circuit's Memorandum Opinion, as amended. (*See* ECF No. 103.) The parties

4   agree that further briefing as to Plaintiffs' intentional infliction of emotional distress,

5   abuse of process, and malicious prosecution claims is appropriate in light of the Ninth

6   Circuit's opinion.

7   The parties propose the following briefing schedule:

8   January 19, 2024: Defendants file their opening brief.

9   February 9, 2024: Plaintiffs file their opposition brief.

10   February 23, 2024: Defendants file their reply brief.

11   The parties request this schedule for the following reasons:

12   (1) Counsel for Defendants is currently scheduled for annual leave from

13   December 19, 2023 until January 5, 2024. Therefore, he will be unable to prepare and

14   finalize briefing in this matter until he returns from his leave.

15   (2) Undersigned counsel for Plaintiffs, who did not represent Plaintiffs in the

16   appeal of this matter, intends to file a motion to withdraw as counsel of record. Plaintiffs

17   are in the process of obtaining new counsel and when they do so, that counsel will need

18   sufficient time to review the record to prepare an opposition brief. Plaintiffs anticipate

19   that the schedule proposed above will allow sufficient time for them to obtain new

20   counsel and file their opposition brief.

21   Therefore, the parties respectfully request that the Court issue an order setting a

22   briefing schedule consistent with their request.

23

24

25

26

27

28

1

1

Respectfully submitted,

2

Dated: December 15, 2023

BRET O. WHIPPLE, ESQ.

3

4

5

___/s/ *Bret O. Whipple*_____
Per email authorization 12/15/23
Bret Whipple, Esq.
Attorney for Plaintiffs

6

7

8

Dated: December 15, 2023

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

9

10

11

12

13

 /s/ *Jason K. Axe*_____
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendants

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2