IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANDAN MANANSINGH, an individual, and ANGELA NAIRNS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:20-cv-01139-DWM<br><br><br><br>ORDER |

IT IS ORDERED that the parties proposed briefing schedule, [*see* ECF No. 106], is ADOPTED. The parties' briefs are limited to the page limits outlined in D. Nev. LR 7-3(b).

DATED this 18th day of December, 2023.

_____
Donald W. Molloy, District Judge
United States District Court