IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANDAN MANANSINGH, an individual, and ANGELA NAIRNS, an individual,<br><br>            Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants. | No. 2:20-cv-01139-DWM<br><br>ORDER |

Plaintiffs Chandan Manansingh and Angela Nairns having moved to substitute counsel Dustun H. Holmes for Bret O. Whipple and having complied with Local Rule IA 11-6(c),

IT IS ORDERED that the motion to substitute [ECF No. 114] is GRANTED. All the deadlines in the case remain the same. [*See* ECF No. 112.]

DATED this 6th day of May, 2024.

_____
Donald W. Molloy, District Judge
United States District Court