IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANDAN MANANSINGH, an individual, and ANGELA NAIRNS, an individual,<br><br>             Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>             Defendants. | No. 2:20-cv-01139-DWM<br><br>ORDER |

      This case has been pending for over four years. [*See* ECF No. 1.] Trial is currently set for January 2025. [*See* ECF No. 112.] The parties now seek to continue that trial schedule by four months, citing delays associated with the discovery of the magazines and ammunition at issue and the need for additional time to obtain expert reports. [*See* ECF No. 122.] Normally, given the advanced age of the case, such a request would trigger a status conference. *See* Fed. R. Civ. P. 1. However, such a conference would not be the best use of judicial resources in this instance because neither the undersigned nor defense counsel are located in Las Vegas, Nevada, where this matter is venued. Thus, the motion will be addressed without the benefit of an in-person conference.

1

Ultimately, a shorter continuance than that requested is appropriate and that trial schedule, which is outlined below, will not be altered or extended. Accordingly, IT IS ORDERED that the motion [ECF No. 122] is GRANTED as follows:

**The following schedule will govern all further pretrial proceedings:**

| | |
|---|---|
| Disclosure of Plaintiff's Damages Experts and Simultaneous Disclosure of Liability Experts: | October 18, 2024 |
| Disclosure of Defendant's Damages Experts: | November 15, 2024 |
| Discovery Deadline: | December 13, 2024 |
| Motions Deadline (including motions *in limine*)[1] (fully briefed): | January 15, 2025 |
| Attorney Conference to Prepare Final Pretrial Order: | week of February 10, 2025 |
| File Trial Briefs and Proposed Final Pretrial Order, Jury Instructions, Voir Dire Questions, and Verdict Forms and e-mail to dwm_propord@mtd.uscourts.gov (Trial Briefs are optional): | February 20, 2025 |
| Notice to Court Reporter of Intent to Use Real-Time: | February 20, 2025 |
| Notice to I.T. Supervisor of Intent to Use Electronic Exhibits or Videoconferencing: | February 20, 2025 |

---

[1] Modifying 30-day deadline outlined in LR 16-3(a).

| | |
|---|---|
| Final Pretrial Conference: | February 27, 2025, at 1:30 p.m.<br>Las Vegas, Nevada |
| Jury Trial (7-member jury): | March 24, 2025, at 10:00 a.m.[2]<br>Lloyd D. George Federal Courthouse<br>Las Vegas, Nevada |

No further extensions of time will be granted. The April 17, 2024 Scheduling Order, [ECF No. 112], remains in full force and effect in all other respects.

DATED this 6th day of August, 2024.

*/s/ Donald W. Molloy*
Donald W. Molloy, District Judge
United States District Court

---

[2] Pursuant to 18 U.S.C. § 3161(h) and Federal Rule of Criminal Procedure 50, criminal matters take priority over civil matters in the event of a conflict. Accordingly, all civil trial settings are subject to the Court's criminal calendar.