IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANDAN MANANSINGH, an individual, and ANGELA NAIRNS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:20-cv-01139-DWM<br><br>ORDER |

This case has been pending for over four years. [*See* ECF No. 1.] Trial is currently set for March 2025, having already been extended once this year. [*See* ECF No. 123.] The parties now seek another continuance, this time requesting an additional 50 days to take depositions and file motions based on those depositions. [ECF No. 127.] That request is reluctantly granted as outlined below. Recognizing the Sisyphusian nature of the following admonition, no further requests for an extension will be granted.

1

Accordingly, IT IS ORDERED that the motion [ECF No. 127] is GRANTED as follows:

**The following schedule will govern all further pretrial proceedings:**

| | |
|---|---|
| Discovery Deadline: | January 31, 2025 |
| Motions Deadline (including motions *in limine*)[1] (fully briefed): | March 5, 2025 |
| Attorney Conference to Prepare Final Pretrial Order: | week of March 31, 2025 |
| File Trial Briefs and Proposed Final Pretrial Order, Jury Instructions, Voir Dire Questions, and Verdict Forms and e-mail to dwm_propord@mtd.uscourts.gov (Trial Briefs are optional): | April 10, 2025 |
| Notice to Court Reporter of Intent to Use Real-Time: | April 10, 2025 |
| Notice to I.T. Supervisor of Intent to Use Electronic Exhibits or Videoconferencing: | April 10, 2025 |
| Final Pretrial Conference: | April 29, 2025, at 1:30 p.m. Las Vegas, Nevada |
| Jury Trial (7-member jury): | May 12, 2025, at 10:00 a.m.[2] Lloyd D. George Federal Courthouse Las Vegas, Nevada |

---

[1] Modifying 30-day deadline outlined in LR 16-3(a).
[2] Pursuant to 18 U.S.C. § 3161(h) and Federal Rule of Criminal Procedure 50, criminal matters take priority over civil matters in the event of a conflict. Accordingly, all civil trial settings are subject to the Court's criminal calendar.

The April 17, 2024 Scheduling Order, [ECF No. 112], and August 7, 2024 Scheduling Order, [ECF No. 123], remain in full force and effect in all other respects.

DATED this 22nd day of November, 2024.

_____
Donald W. Molloy, District Judge
United States District Court