IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANDAN MANANSINGH, an individual, and ANGELA NAIRNS, an individual,<br><br>                Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                Defendants. | No. 2:20-cv-01139-DWM<br><br><br>ORDER |

The parties having jointly requested to continue the briefing schedule for the United States' pending motion for summary judgment,

IT IS ORDERED that the motion [ECF No. 134] is GRANTED. Plaintiffs' response is due on or before February 21, 2025 and the United States' reply, if any, is due on or before March 7, 2025. No further extensions of time will be given.

DATED this 19th day of February, 2025.

_____
Donald W. Molloy, District Judge
United States District Court