IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANDAN MANANSINGH and ANGELA NAIRNS,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 2:20-cv-01139-DWM<br><br>ORDER |

  Having read the parties' briefing and exhibits on summary judgment and because the only remaining claims in the case are Federal Tort Claims Act ("FTCA") claims against the United States, *see* 28 U.S.C. § 2402

  IT IS ORDERED that:

  (1) The Court reserves ruling on the pending motion for summary judgment, [*see* ECF No. 133].

  (2) A status conference shall be held over Zoom on May 5, 2025, at 1:00 p.m. PDT. The Clerk of Court shall notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing. The parties shall be prepared to discuss their pre-trial filings at the conference.

(3) The April 29, 2025 final pretrial conference and May 12, 2025 jury trial are VACATED and RESET as follows:

| | |
|---|---|
| Proposed Finding of Fact/ Conclusions of Law | April 10, 2025 |
| Final Pretrial Conference | May 12, 2025, at 10:00 a.m. |
| Bench Trial | May 12, 2025, at 1:30 p.m. |

The Final Pretrial Conference and Bench Trial shall be held at the Lloyd D. George Federal Courthouse, Courtroom 4B in Las Vegas, Nevada. The April 17, 2024 Scheduling Order, [ECF No. 112], August 7, 2024 Scheduling Order, [ECF No. 123], and November 22, 2024 Scheduling Order [ECF No. 128], remain in full force and effect in all other respects.

As it relates to the proposed Findings of Fact and Conclusions of Law:

(a) The parties shall jointly prepare one copy of proposed Findings of Fact upon which they agree, with citations to the record for each Finding of Fact. Each party may also prepare a separate proposed Findings of Fact with citations to the record for each Finding of Fact for matters upon which the parties cannot reach agreement.

(b) The parties shall jointly prepare one copy of proposed Conclusions of Law upon which they agree, with appropriate citations for each Conclusion of Law. Each party may also prepare a separate proposed Conclusions of Law with

appropriate citations for each Conclusion of Law for matters upon which the parties cannot reach agreement.

 (c) By the date indicated above, the parties shall:

  (i) file a copy of the Proposed Findings of Fact & Conclusions of Law on CM/ECF; and

  (ii) e-mail a copy in Word format to dwm_propord@mtd.uscourts.gov.

 DATED this 17th day of March, 2025.

_____
Donald W. Molloy, District Judge
United States District Court

3