IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANDAN MANANSINGH, an individual, and ANGELA NAIRNS, an individual,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-01139-DWM<br><br>ORDER |

The government having moved to admit Assistant United States Attorney Joseph W. Tursi and having complied with Local Rule IA 11-3,

IT IS ORDERED that the motion [ECF No. 146] is GRANTED. Assistant United States Attorney Joseph W. Tursi is permitted to practice in the District of Nevada for the duration of this action pursuant to Local Rule IA 11-3. The parties should keep in mind that any lawyer who will actively participate in the case at trial, for example, by presenting evidence or argument, must remain in the

1

courtroom at all times when evidence or argument is offered while court is in session.

DATED this 14th day of April, 2025.

_____
Donald W. Molloy, District Judge
United States District Court