IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANDAN MANANSINGH, an individual, and ANGELA NAIRNS, an individual, | No. 2:20-cv-01139-DWM |
| Plaintiffs, | ORDER |
| vs. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

In 2017, United States District Judge Richard F. Boulware, II determined that the probation officers involved in this case did not have reasonable suspicion to search Plaintiffs' residence. *See United States v. Manansingh*, 281 F. Supp. 3d 1096 (D. Nev. 2017), *aff'd* 733 F. App'x 390 (9th Cir. 2018).

IT IS ORDERED that on or before May 23, 2025, the parties shall each file a brief of no more than five pages addressing the preclusive effect, if any, of that decision.

DATED this 13th day of May, 2025.

_____
Donald W. Molloy, District Judge
United States District Court